# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LISA DAWN PEPIN, ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No. 09-464-P-S |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Of Social Security, ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed August 24, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

      /s/ George Z. Singal
      United States District Judge

Dated this 16th day of September, 2010.